The People of the State of Illinois, defendant in error, v. O. L. Tilley, alias Otto L. Tilley, plaintiff in error.  Gen. No. 7,558.

Indictment for falsely representing personal liabilities to procure credit.  Conviction and sentence.  Error to the Circuit Court of Shelby county; the Hon. F. R. Dove, Judge, presiding.  Heard in this court at the April term, 1923.  Reversed.  Opinion filed July 10, 1923.

Chew & Baker, for plaintiff in error.  Robert I. Pugh, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Elmatern G. Simpson, appellee, v. William O. Simpson, appellant.  Gen. No. 7,561.

Suit on note for $1,700.  Judgment for plaintiff.  Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding.  Heard in this court at the April term, 1923.  Affirmed.  Opinion filed July 10, 1923.

Fred Rhoads, for appellant.  E. A. Shroeder and Stewart W. Kincaid, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

National Bond & Investment Company, appellant, v. A. J. Jex and Elmer Jex, appellees.  Gen. No. 7,568.

Replevin for Ford car.  Judgment for defendants.  Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding.  Heard in this court at the April term, 1923.  Reversed with a finding of fact.  Opinion filed July 10, 1923.

William and Barry Mumford, for appellant; John W. Creekmur, of counsel.  Edward Johnston, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Robert Sheehan, a minor, by next friend, appellant, v. Grover Bernard, appellee.  Gen. No. 7,571.

Action for personal injuries growing out of automobile accident.  Judgment for defendant.  Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding.  Heard in this court at the April term, 1923.  Reversed and remanded.  Opinion filed July 10, 1923.

Robert H. Patton and John W. Sheehan, for appellant.  Charles G. Wineteer and John G. Friedmeyer, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.